DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GHOLAM REZA TORKAMAN,**
Appellant,

v.

**CITY OF FELLSMERE, FLORIDA,** a municipal corporation,
Appellee.

No. 4D19-720

[November 27, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312018CA000621.

Jennifer A. Powers of Jennifer A. Powers, PA, Tampa, for appellant.

D. Johnathan Rhodeback and Warren W. Dill of Dill, Evans & Rhodeback, Sebastian, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY, J., and PHILLIPS, CAROL-LISA, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***